IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARREN L. CEPHAS,<br>　　　　　Plaintiff,<br><br>　v.<br><br>DELAWARE COUNTY PRISON, et al.,<br>　　　　　Defendants. | Civil Action<br><br>No. 10-0081 |

November 4, 2010

## ORDER

It is hereby **ORDERED** that the plaintiff is granted leave of court to file an amended complaint by December 15, 2010.

　　　　　　　　　　　　　　　　　　　/s/ Louis H. Pollak
　　　　　　　　　　　　　　　　　　　Pollak, J.