# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARREN L. CEPHAS,** : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | **No. 10-81** |
| v. : | |
| : | |
| **DELAWARE COUNTY PRISON, et al.,** : | |
| **Defendants.** : | |
| : | |

## ORDER

**AND NOW**, this 25th day of October, 2012, upon consideration of Defendants' "Motion to Dismiss/Motion for Summary Judgment" (Doc. No. 20) and Plaintiff's response thereto (Doc. No. 23), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendants' motion for summary judgment is **GRANTED**, and Plaintiff's complaint is **DISMISSED**.

2. Defendants' motion to dismiss is **DENIED** as moot.

3. Plaintiff's request for counsel is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**